UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 21  AM 11: 44

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Juan Hector CONTRERAS-Mendez <br><br> Defendant. | Magistrate Case No. <br><br> '08 MJ 2579 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States |

The undersigned complainant, being duly sworn, states:

On or about, **June 4, 2008**, within the Southern District of California, defendant, **Juan Hector CONTRERAS-Mendez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **August 2008**.

UNITED STATES MAGISTRATE JUDGE



# PROBABLE CAUSE STATEMENT

On **June 4, 2008**, the defendant identified as, **Juan Hector CONTRERAS-Mendez,** was apprehended by the United States Border patrol for illegal entry and PC 3056 Parole Violation. The defendant was arrested and booked into county jail and an Immigration Detainer (I-247) was placed pending his release from jail.

On August 20, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE), Field Office at San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Juan Hector CONTRERAS-Mendez** has been administratively removed from the United States to Mexico on or about November 25, 2002 via, the Calexico, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Juan Hector CONTRERAS-Mendez,** a citizen and national of Mexico.